# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOMAR NDIR,** | : | CIVIL ACTION NO. 1:20-CV-705 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **CLAIR DOLL**, Warden, | : | |
| Respondent | : | |

## ORDER

AND NOW, this 8th day of May, 2020, upon consideration of petitioner Momar Ndir's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Ndir's petition (Doc. 1) for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is DENIED.

2. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania